# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Dominique Davon Calhoun | ) ) ) ) ) | Case No. 2:17-mj-00013 |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 26, 2017__ in the county of __Kanawha__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 751(a) | Escape |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Marcus A. Roth, Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Jan. 31, 2017

_____
Judge's signature

City and state: Charleston, West Virginia

Dwane L. Tinsley, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

State of West Virginia)

County of Kanawha)

I, Marcus A. Roth, being duly sworn, depose and state as follows:

1. I am a Criminal Investigator for the United States Marshals Service for the Southern District of West Virginia and have been so employed with the Marshals Service for 6 years.

2. This affidavit is made in support of a criminal complaint against DOMINIQUE DAVON CALHOUN for ESCAPE from custody from the Dismas Charities, a federal half-way house located at 113 Edgar Street, St. Albans, Kanawha County, West Virginia.

3. CALHOUN was lawfully confined at Dismas Charities at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Southern District of West Virginia upon conviction for the commission of the offense of Felon in Possession of a Firearm. The Judgment order was entered on April 19, 2012, and sentenced CALHOUN to 48 months' imprisonment in Criminal Case Number 2:11-cr-00175.

4. On or about January 27, 2017, the undersigned affiant received notification from Dismas Charities, which reported that CALHOUN had been placed on escape status on January 26, 2017, after Dismas staff was unable to locate him during a 9:55 p.m. count at the facility.

5. CALHOUN did not receive permission and had no authority to be absent from the Dismas Charities facility.

6. Based on the above mentioned information, the affiant is requesting a warrant for the arrest of DOMINIQUE DAVON CALHOUN for violating Title 18, United States Code, Section 751(a).

_____
Marcus A. Roth
Criminal Investigator Deputy U.S. Marshal

Subscribed and sworn to before me this 31st day of January, 2017.

_____
Honorable Dwane L. Tinsley
United States Magistrate Judge