# Courtroom Minute Entry

**Room:** Charleston 5400   **Case No.:** 2:17-mj-00013   **Type:** Initial Appearance on Complaint
**Caption:** USA v. Dominique Calhoun   **Judge:** Dwane L. Tinsley

**Started:** 5/15/2017 2:29:52 PM
**Ends:** 5/15/2017 2:35:59 PM   **Length:** 00:06:08

Judge Dwane L. Tinsley
Courtroom Deputy: Dawna Goodson
Defendant: Dominique Calhoun
Assistant U.S. Attorney: Haley Bunn
Assistant Federal Public Defender: David R. Bungard
Probation Officer: Matthew Lambert

| Time | Event |
|---|---|
| 2:30:03 PM | INITIAL APPEARANCE |
| 2:30:54 PM | Judge Dwane L. Tinsley called case, noted appearances of counsel, and defendant present in courtroom |
| 2:31:28 PM | Stated rights of defendant and defendant acknowledged these rights |
| 2:32:04 PM | Stated personal information |
| 2:32:19 PM | Reviewed financial affidavit and defendant does qualify for court-appointed counsel |
| 2:32:24 PM | Judge Dwane L. Tinsley Ordered the appointment of the Office of the FPD |
| 2:32:42 PM | Stated additional rights of defendant and defendant acknowledged these rights |
| 2:33:00 PM | Stated violation(s) in charging document and possible penalties |
| 2:33:20 PM | You have the right to a preliminary hearing. |
| 2:33:33 PM | Defendant shall next appear for a preliminary hearing on Wednesday, May 18, 2017 @ 3:00 pm |
| 2:34:05 PM | Defense counsel advises the Court that the defendant wishes to waive preliminary hearing and detention hearing and has signed the written waivers. |
| 2:34:11 PM | Judge Dwane L. Tinsley questions defendant about each waiver |
| 2:34:23 PM | The waivers have been signed by the defendant and witnessed by counsel and will be filed with the Clerk |
| 2:35:30 PM | Ordered defendant remanded to USMS custody pending the next hearing |
| 2:35:44 PM | Anything else counsel wishes to address? |
| 2:35:49 PM | Hearing Adjourned |