```
          IN THE UNITED STATES DISTRICT COURT FOR THE
              SOUTHERN DISTRICT OF WEST VIRGINIA
                          CHARLESTON
```

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 2:17-mj-00013

DOMINIQUE DAVON CALHOUN


                        NOTICE OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through C. Haley Bunn, Assistant United States Attorney for the Southern District of West Virginia, by leave of Court endorsed hereon, hereby dismisses without prejudice the complaint filed herein against Dominique Davon Calhoun in Case No. 2:17-mj-00013.

                                        Respectfully submitted,

                                        CAROL A. CASTO
                                        United States Attorney

                                        s/C. Haley Bunn
                                        C. HALEY BUNN
                                        Assistant United States Attorney
                                        WV State Bar No. 11313
                                        300 Virginia Street, East
                                        Room 4000
                                        Charleston, WV  25301
                                        Phone: 304-345-2200
                                        Fax: 304-347-5104
                                        E-mail: haley.bunn@usdoj.gov