IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                          CRIMINAL NO. 2:17-mj-00013

DOMINIQUE DAVON CALHOUN

ORDER

It is ORDERED that leave of Court be and it is hereby granted for the filing of the dismissal without prejudice of the Complaint in this case.

The Clerk is directed to send a certified copy of this Order to all counsel of record, to the defendant Dominique Davon Cahoun, and to the United States Marshals Service.

Enter:

_____
HONORABLE DWANE L. TINSLEY
United States Magistrate Judge