CLERK, UNITED STATES DISTRICT COURT
ROBERT C. BYRD U.S. COURTHOUSE
300 VIRGINIA ST., E., RM. 2400
CHARLESTON, WV 25301

OFFICIAL BUSINESS

Return to sender

Does not Live Here

CHARLESTON
WV 250
23 MAY '17
PM 1 L

neopost
05/17/2017
US POSTAGE
$00.46⁰

FIRST-CLASS MAIL

ZIP 25301
041L11240460

RECEIVED
MAY 30 2017
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

NIXIE       250  FE  1           0005/27/17
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD

BC: 25301253900        *1771-03784-18-39



Dominique Davon Calhoun
100 Wyoming Street
Apartment 5
Charleston WV 25302

2:17mj00013

ENTERED
MAY 16 2017
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                              CRIMINAL NO. 2:17-mj-00013

DOMINIQUE DAVON CALHOUN

ORDER

It is ORDERED that leave of Court be and it is hereby granted for the filing of the dismissal without prejudice of the Complaint in this case.

The Clerk is directed to send a certified copy of this Order to all counsel of record, to the defendant Dominique Davon Cahoun, and to the United States Marshals Service.

Enter: May 16, 2017

HONORABLE DWANE L. TINSLEY
United States Magistrate Judge

